IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES FLUMMER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-CV-4014-JPG |
| PAUL FARRIS, et al. | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Attorney Jeffrey A. Goffinet previously sought leave to withdraw as counsel of record for defendant Paul Farris, Mayor of the City of Cairo, in his individual and official capacities, and the defendant City of Cairo.  **(Doc. 10).**  Because Goffinet had failed to apprise the Court of the addresses and telephone numbers where the defendants could be contacted, Goffinet's motion was granted, contingent upon his providing certain information by April 22, 2005.  **(Doc. 12).**  Goffinet never provided the Court with any further information.  Most recently, Goffinet filed a motion to dismiss on behalf of the defendants.  Consequently, the Court is left wondering if Goffinet no longer wants to withdraw as counsel of record for the defendants.

**IT IS THEREFORE ORDERED** that on or before **June 29, 2005**, attorney Jeffrey A. Goffinet shall file a written notice regarding his status and intentions as counsel of record for the defendants.

**IT IS SO ORDERED.**

**DATED: June 14, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**